UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALENCIA LOPEZ,<br><br>　　　　Plaintiff,<br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | No. 2:18-cv-03366-AB-FFM<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the attached Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

IT IS ORDERED that judgment be entered (1) reversing the decision of the Commissioner; and (2) remanding the action for further proceedings.

DATED: November 25, 2019

　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE, JR.
　　　　　　　　　　　　　　　　　　United States District Judge