UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VALENCIA LOPEZ, ) | No. 2:18-cv-03366-AB-FFM |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| ) | |
| ANDREW M. SAUL, Commissioner of ) Social Security Administration, ) | |
| Defendant. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner is reversed and this action is remanded for further proceedings.

DATED: November 25, 2019

_____
ANDRÉ BIROTTE  JR.
United States District Judge